Jeffrey A. Silvestri, Esq.
Nevada Bar No. 5779
Josephine Binetti McPeak, Esq.
Nevada Bar No. 7994
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email: jsilvestri@mcdonaldcarano.com
       jmcpeak@mcdonaldcarano.com

David S. Bloch (admitted *pro hac vice*)
K. Joon Oh (admitted *pro hac vice*)
Elisabeth A. Derby (admitted *pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400
Email: dbloch@winston.com
       koh@winston.com
       bderby@winston.com

Attorneys for Plaintiff
AEVOE CORP.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PHONEDEVIL LTD. d/b/a MEDIADEVIL, a United Kingdom corporation,<br><br>Defendant. | Case No. 2:12-cv-00514-GMN–PAL<br><br>**UNOPPOSED MOTION AND ORDER TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff Aevoe Corp. and Defendant PhoneDevil Ltd. d/b/a MediaDevil stipulate that Defendant shall have up to and including May 25, 2012, to answer or otherwise respond to the Complaint.

Plaintiff filed this action on March 27, 2012 (ECF No. 1) and served the Summons and Complaint on Defendant on April 4, 2012 (ECF No. 15).  The current deadline for Defendant to respond is April 25, 2012.  On April 17, 2012, counsel for the parties conferred and agreed to extend

1

the time within which Defendant may answer or otherwise respond to the Complaint to May 25, 2012. The parties are making this request so that Defendant's counsel, who was recently retained, may have adequate opportunity to investigate and respond to the Complaint's allegations, and to give Defendant adequate time to obtain local counsel. This motion is not designed for purposes of delay, and the parties have not previously sought an extension of time to answer or otherwise respond to the Complaint.

Plaintiff therefore respectfully requests that the Court grant an extension of time for Defendant to answer or otherwise respond to the Complaint and direct Defendant to file its answer or other response on or before May 25, 2012.

RESPECTFULLY SUBMITTED this 19nd day of April, 2012.

McDONALD CARANO WILSON LLP

_____
JEFFREY A. SILVESTRI, ESQ. (#5779)
JOSEPHINE BINETTI McPEAK, ESQ. (#7994)
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone (702) 873-4100
Facsimile (702) 873-9966
Email: jsilvestri@mcdonaldcarano.com
       jbinetti@mcdonaldcarano.com

DAVID S. BLOCH (*pro hac vice forms will be filed*)
K. JOON OH (*pro hac vice forms will be filed*)
BETH A. DERBY (*pro hac vice forms will be filed*)
WINSTON & STRAWN LLP

*Attorneys for AEVOE CORPORATION*

## ORDER

**IT IS SO ORDERED** this 25th day of April, 2012.

_____
Gloria M. Navarro
United States District Judge

SUBMITTED BY:

McDONALD CARANO WILSON LLP

_____
JEFFREY A. SILVESTRI, ESQ. (#5779)
JOSEPHINE BINETTI McPEAK, ESQ. (#7994)
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone (702) 873-4100
Facsimile (702) 873-9966
Email:  jsilvestri@mcdonaldcarano.com
        jbinetti@mcdonaldcarano.com

*Attorneys for AEVOE CORPORATION*
249783