Jeffrey A. Silvestri, Esq.
Nevada Bar No. 5779
Josephine Binetti McPeak, Esq.
Nevada Bar No. 7994
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email: jsilvestri@mcdonaldcarano.com
       jmcpeak@mcdonaldcarano.com

David S. Bloch (admitted *pro hac vice*)
K. Joon Oh (admitted *pro hac vice*)
Elisabeth A. Derby (admitted *pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400
Email: dbloch@winston.com
       koh@winston.com
       bderby@winston.com

Attorneys for Plaintiff
AEVOE CORP.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., a California corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>PHONEDEVIL LTD. d/b/a MEDIADEVIL, a United Kingdom corporation,<br><br>  Defendant. | Case No. 2:12-cv-00514-GMN–PAL<br><br>**UNOPPOSED MOTION AND ORDER TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

    Pursuant to Local Rules 6-1 and 6-2, Plaintiff Aevoe Corp. and Defendant PhoneDevil Ltd. d/b/a MediaDevil stipulate that Defendant shall have up to and including June 25, 2012, to answer or otherwise respond to the Complaint.

    Plaintiff filed this action on March 27, 2012 (ECF No. 1) and served the Summons and Complaint on Defendant on April 4, 2012 (ECF No. 15). On April 25, 2012, the Court granted Plaintiff's Unopposed Motion to Extend Defendant's Time to Answer or Otherwise Respond to

Complaint (ECF No. 17).  The parties have executed a settlement agreement and anticipate filing a stipulated permanent injunction shortly.  Accordingly, counsel for the parties have conferred and agreed to extend the time within which Defendant may answer or otherwise respond to the Complaint to June 25, 2012, in order to facilitate the filing of these case-ending documents.  This motion is not designed for purposes of delay, and the parties have sought one prior extension of time to answer or otherwise respond to the Complaint.

Plaintiff therefore respectfully requests that the Court grant an extension of time for Defendant to answer or otherwise respond to the Complaint and direct Defendant to file its answer or other response on or before June 25, 2012.

RESPECTFULLY SUBMITTED this 30th day of May, 2012.

McDONALD CARANO WILSON LLP

_____
JEFFREY A. SILVESTRI, ESQ. (#5779)
JOSEPHINE BINETTI McPEAK, ESQ. (#7994)
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone (702) 873-4100
Facsimile (702) 873-9966
Email:  jsilvestri@mcdonaldcarano.com
        jbinetti@mcdonaldcarano.com

DAVID S. BLOCH (*pro hac vice forms will be filed*)
K. JOON OH (*pro hac vice forms will be filed*)
BETH A. DERBY (*pro hac vice forms will be filed*)
WINSTON & STRAWN LLP

*Attorneys for AEVOE CORPORATION*

## ORDER

**IT IS SO ORDERED** this 31st day of May, 2012.

_____
Gloria M. Navarro
United States District Judge

SUBMITTED BY:

McDONALD CARANO WILSON LLP

_____
JEFFREY A. SILVESTRI, ESQ. (#5779)
JOSEPHINE BINETTI McPEAK, ESQ. (#7994)
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone (702) 873-4100
Facsimile (702) 873-9966
Email:  jsilvestri@mcdonaldcarano.com
        jmcpeak@mcdonaldcarano.com

*Attorneys for AEVOE CORPORATION*
252897

---

3

**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**